WILLIAM ALEXANDER, as Administrator, etc., Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Argued April 19, 1892; decided May 6, 1892.)

APPEAL from award made by the Board of Claims April 15, 1891, in favor of the claimant.

*Simon W. Rosendale, Attorney-General,* for appellant.

*Tracy C. Becker* for respondent.

Agree to affirm; no opinon.
All concur, except EARL, Ch. J., not voting, and MAYNARD, J., not sitting.
Award affirmed.

---

SAMUEL PEDEN, JR., Appellant, *v.* ALBERT SMITH, Respondent.

(Submitted April 19, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term, and affirmed an order for interpleader.

*Albert G. McDonald* for appellant.

*John F. Brush* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.